**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
HEALTH IN TECH, INC.,

                              Plaintiff,                          **ORDER**

        -against-                                          **25-CV-5301 (VSB) (JW)**

IRONSHORE INDEMNITY INC.,

                              Defendant.
-------------------------------------------------------------------X
**JENNIFER E. WILLIS, United States Magistrate Judge:**

        The Court is in receipt of Defendant's letter electing to refile the MTCA, and

Defendant's exhibit "evidencing the [RIC Arbitration] receiver's agreement on behalf

of RIC that all of the Contested Exhibits filed by Ironshore in support of the MTCA

may be produced and relied upon in these proceedings."  Dkt. Nos. 51, 51-1.  The

Court therefore **GRANTS** Defendants' withdrawal of its motion to compel arbitration

at Dkt. Nos. 9 and 13.

        While Defendant asserts that it will re-file the exact same MTCA it originally

 made and respectfully requests to adopt its original filings, the Court finds that the

most streamlined approach is to allow Plaintiff a chance to respond through regular

briefing practice.  As such, Defendant is directed to re-file the motion to compel

arbitration.  The updated briefing schedule shall be as follows:

- Defendant's MTCA:  March 26, 2026

- Plaintiff's response:  April 9, 2026

- Defendant's reply: April 23, 2026

**The Clerk of Court is respectfully requested to close Dkt. Nos. 9 and 13.**

SO ORDERED.

DATED:    New York, New York
          March 25, 2026

_____
JENNIFER E. WILLIS
United States Magistrate Judge