**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X
HEALTH IN TECH, INC.,

Plaintiff,

-against-

IRONSHORE INDEMNITY INC.,

Defendant.
---------------------------------------------------------------X

**ORDER**

**25-CV-5301 (VSB) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

The Court is in receipt of briefing regarding Defendant's motion to compel arbitration at Dkt. No. 56. The parties are to appear for oral argument on **October 21, 2026 at 2:00 PM.** The hearing will be held in courtroom 228, Thurgood Marshall Courthouse, 40 Foley Square, New York, NY.

The parties are directed to provide a courtesy copy of the briefing by **September 11, 2026**. The briefing shall be double-sided, in a tabbed binder, and should include an index.

SO ORDERED.

DATED: New York, New York
September 2, 2026

Jennifer E. Willis
JENNIFER E. WILLIS
United States Magistrate Judge