**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

HEALTH IN TECH, INC.,

Plaintiff,

-against-

IRONSHORE INDEMNITY INC.,

Defendant.

---------------------------------------------------------------X

**ORDER**

**25-CV-5301 (VSB) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

The Court has reviewed briefing regarding Plaintiff's motion for a stay of arbitration at Dkt. No. 26. Because Plaintiff concedes that "the parties and arbitrators have ostensibly agreed to stay the arbitration proceeding pending the outcome of this lawsuit," the Court **DENIES** Plaintiff's motion. The Court sees no issue with tentatively scheduling a date for the final arbitration, so long as no arbitration is held until the resolution of this case.

**The Clerk of Court is respectfully requested to close Dkt. No. 26.**

SO ORDERED.

DATED: New York, New York
September 2, 2026

Jennifer E. Willis

JENNIFER E. WILLIS
United States Magistrate Judge