**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------X
HEALTH IN TECH, INC.,

Plaintiff,

-against-

IRONSHORE INDEMNITY INC.,

Defendant.
--------------------------------------------------------------X

**ORDER**

**25-CV-5301 (VSB) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

The Court is in receipt of various motions to seal at Dkt. Nos. 22, 31, 57, and 62. These motions request sealing materials containing confidential information concerning an ongoing arbitration involving Ironshore against HIT and its subsidiary, International Captive Exchange, LLC ("ICE"). Consistent with the Court's previous sealing orders on similar sealing requests, these requests are **GRANTED**.

**The Clerk of Court is respectfully requested to close Dkt. Nos. 22, 31, 57, and 62.**

SO ORDERED.

DATED: New York, New York
September 17, 2026

Jennifer E. Willis
JENNIFER E. WILLIS
United States Magistrate Judge