**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
HEALTH IN TECH, INC.,

Plaintiff,

-against-

IRONSHORE INDEMNITY INC.,

Defendant.
-----------------------------------------------------------------X

**ORDER**

**25-CV-5301 (VSB) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

The parties appeared for oral argument regarding Ironshore's motion to compel arbitration on October 21, 2026. As discussed more fully on the record, the Court orders the following:

- To the extent there is additional information Ironshore would like to raise to the Court, Ironshore may file a letter, no more than 5 pages single-spaced, by **October 28, 2026**.
- HIT's response to Ironshore's letter, which shall be no more than 5 pages single-spaced, is due on **November 4, 2026**.
- The parties are directed to order a transcript of the October 21 hearing and to provide a courtesy copy to the Court via email at WillisNYSDChambers@nysd.uscourts.gov.

SO ORDERED.

DATED: New York, New York
October 21, 2026

Jennifer E. Willis
JENNIFER E. WILLIS
United States Magistrate Judge